David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| DARRIN JEFFREY MICHAELIS, | Bankruptcy No. 08-21235 (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Ashley Funding Services LLC its successors and assigns as assignee of Laboratory Corp of America Holdings Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $3.81 |

A check in the amount of $3.81 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of February, 2011

DAVID L. MILLER
Chapter 7 Trustee